Exhibit 2

# Copyright

**Registration Number / Date:**
PA0002506229 / 2024-10-01

**Preregistered as:**
PR0000013397

**Registration Class:**
PA

**Type of Work:**
Computer Files

**Title:**
Astro Bot.

**Application Title:**
Astro Bot.

**Date of Creation:**
2024

**Date of Publication:**
2024-09-06

**Latest Transaction Date and Time:**
2025-01-18T03:11:04

**Copyright Claimant:**
Sony Interactive Entertainment Inc. Address: 1-6-27 Konan, Minato-ku, Tokyo, 108-8270, Japan.

**Authorship on Application:**
Sony Interactive Entertainment Inc., employer for hire; Citizenship: United States. Authorship: audiovisual material.

**Basis of Claim:**
new and additional audio-visual elements, artwork, literary text.

**Rights and Permissions:**
Lauren Wilkins, Sony Interactive Entertainment LLC, 2207 Bridgepointe Parkway, San Mateo, CA, 94404, United States, trademarks@playstation.sony.com

**Material Excluded:**
previously published material; previously registered material.

**Record ID:**

37951492

**System Control Number:**

(DLC-CO)PA 002506229

**Originating System Control Number:**

PA 002506229

**Description:**

Blu-ray disc.

**Notes:**

videogame for playstation 5.

**Nation of First Publication:**

United States

**Selection Notes:**

**Publication Date Range:**

**Names:**

Sony Interactive Entertainment Inc.

Sony Interactive Entertainment Inc

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/37951492

---

© U.S. Copyright Office

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
PA0002162863 / 2018-12-14

**Registration Class:**
PA

**Type of Work:**
Computer Files

**Title:**
Astro Bot Rescue Mission.

**Application Title:**
Astro Bot Rescue Mission (PlayStation VR PS4 System)

**Date of Creation:**
2018

**Date of Publication:**
2018-10-02

**Latest Transaction Date and Time:**
2019-10-18T12:44:26

**Copyright Claimant:**
Sony Interactive Entertainment Inc. Address: 2207 Bridgepointe Pkwy., San Mateo, CA, 94404, United States.

**Authorship on Application:**
Sony Interactive Entertainment Inc., Domicile: United States. employer for hire; Authorship: Audio Visual Elements.

**Rights and Permissions:**
Sony Interactive Entertainment LLC, 2207 Bridgepointe Pkwy., San Mateo, CA, 94404, United States, anthony.peterson@sony.com

**Record ID:**
31105655

**System Control Number:**
(DLC-CO)PA 002162863

**Originating System Control Number:**
PA 002162863

**Description:**

Blu-ray disc.

**Notes:**

Videogame.

**Nation of First Publication:**

United States

**Selection Notes:**

**Publication Date Range:**

**Names:**

Sony Interactive Entertainment Inc.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/31105655

© U.S. Copyright Office

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
PA0002280029 / 2021-01-11

**Preregistered as:**
PR0000011582

**Registration Class:**
PA

**Type of Work:**
Computer Files

**Title:**
Astro's Playroom.

**Application Title:**
Astro's Playroom.

**Date of Creation:**
2020

**Date of Publication:**
2020-11-12

**Latest Transaction Date and Time:**
2021-03-06T03:13:21

**Copyright Claimant:**
Sony Interactive Entertainment Inc. Address: 1-6-27 Konan, Minato-ku,, 108-8270, Tokyo, Japan.

**Authorship on Application:**
Sony Interactive Entertainment Inc., employer for hire; Citizenship: Japan. Authorship: computer code.

**Record ID:**
32237403

**System Control Number:**
(DLC-CO)PA 002280029

**Originating System Control Number:**
PA 002280029

**Description:**
Electronic file (eService)

**Nation of First Publication:**

United States

**Selection Notes:**

**Publication Date Range:**

**Names:**

Sony Interactive Entertainment Inc.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/32237403

---

© U.S. Copyright Office

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).