IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Sony Interactive Entertainment LLC, ) <br> ) <br>                  Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> The Partnerships, And Unincorporated ) <br> Associations Identified On Schedule A, ) <br> ) <br>                  Defendants. | Case No: 25-cv-12835 <br><br> Hon. Jorge L. Alonso |

**NOTICE OF MOTION**

Please take notice that on Wednesday January 7, 2026, Defendant ASNOMY, through the undersigned counsel, shall appear before the Honorable Jorge L. Alonso in Courtroom 1903 at 9:30 a.m. at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Defendant's Motion for Extension of Time To Answer or Otherwise Plead.

December 22, 2025                 Respectfully submitted,

                                                s/Christopher Keleher

                                                Christopher Keleher
                                                The Keleher Appellate Law Group
                                                1 East Erie Street
                                                Suite 525
                                                Chicago, IL 60611
                                                312-448-8491
                                                ckeleher@appellatelawgroup.com

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on December 22, 2025, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and servedon all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group
1 East Erie Street
Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com