**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: **Sony Interactive** v. The Partnerships & Unincorporated Associations Identified on Schedule "A"

Case Number: 1:25-cv-12835

An appearance is hereby filed by the undersigned as attorney for:

**LINGCHUNKEJI**

Attorney name (type or print): Baruch S. Gottesman

Firm: Gottesman Legal PLLC

Street address: 11 Broadway, Suite 615

City/State/Zip: New York, NY 10004

Bar ID Number: 4480539
(See item 3 in instructions)

Telephone Number: (212) 401-6910

Email Address: baruchgottesman@gmail.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | X Yes | ☐ No |
| Are you a member of the court's general bar? | X Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | X No |
| Are you appearing *pro hac vice*? | ☐ Yes | X No |
| If this case reaches trial, will you act as the trial attorney? | X Yes | ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 11, 2026

Attorney signature:     S/ Baruch S. Gottesman
(Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023